THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DATANET LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Case No. 2:22-cv-01545-MLP<br><br>**STIPULATION AND ORDER REGARDING REQUEST FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>December 12, 2022 |

## **STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate and jointly request the Court for a Second Extension of Time for Defendant Microsoft Corporation ("Defendant" or "Microsoft") to Respond to Plaintiff Datanet LLC's ("Datanet" or "Plaintiff") Complaint and respectfully state the following:

Defendant's current deadline to answer or otherwise respond is December 27, 2022.

The parties hereby stipulate to a 14-day extension of time for the current deadline, up to and including January 10, 2023.

Wherefore, the parties respectfully request that the Court grant this stipulation and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to

1 | January 10, 2023.

2 | DATED: December 12, 2022.

3

4 | **BYRNES KELLER CROMWELL LLP**     **MORGAN, LEWIS & BOCKIUS LLP**

5 | By: *s/ Gregory P. Sitrick*           By: *s/ Molly A. Terwilliger*
Bradley S. Keller, WSBA #10665         Molly A. Terwilliger, WSBA #28449

6 | Jofrey M. McWilliam, WSBA #28441       Patty Eakes, WSBA # 18888
1000 Second Avenue, 38th Floor         1301 Second Avenue, Suite 2800

7 | Seattle, Washington 98104              Seattle, WA 98101
206-622-2000                           Phone: (206) 274-6400

8 | Fax: 206-622-2522                      molly.terwilliger@morganlewis.com
bkeller@byrneskeller.com               patty.eakes@morganlewis.com

9 | jmcwilliam@byrneskeller.com

10 | Gregory P. Sitrick (pro hac vice)      *Attorneys for Defendant Microsoft Corporation*

11 | Isaac S. Crum (pro hac vice)
MESSNER REEVES LLP

12 | 7250 N. 16th Street, Suite 410
Phoenix, AZ 85020

13 | gsitrick@messner.com
icrum@messner.com

14

15 | *Attorneys for Plaintiff Datanet LLC*

16

17

18

19

20

21

22

23

24

25

26

STIPULATION & ORDER
REGARDING SECOND EXTENSION
OF TIME TO ANSWER COMPLAINT –
Page 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DATANET LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>          Defendant. | Case No. 2:22-cv-01545-TL<br><br>**ORDER GRANTING STIPULATION REQUESTING SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

In accordance with the stipulation by the parties, and good cause having been found, the Court HEREBY ORDERS that Defendant Microsoft Corporation to answer or otherwise respond to Plaintiff's Complaint by January 10, 2023.

**IT IS SO ORDERED.**

DATED: December 14, 2022

THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE