1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

DATANET LLC,

                 Plaintiff,

    v.

MICROSOFT CORPORATION,

               Defendant.

CASE NO. 22-cv-1545

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES

14

| | |
|---|---|
| **JURY TRIAL DATE (7 to 10 days)** | **December 9, 2024** |
| Statement of asserted claims and preliminary infringement contentions due | June 29, 2023 |
| Statement of preliminary non-infringement and invalidity contentions due | July 31, 2023 |
| Deadline for joining additional parties | August 8, 2023 |
| Parties to exchange preliminary proposed constructions of disputed claim terms and provide list of proposed extrinsic evidence | September 18, 2023 |
| Joint Claim Construction and Prehearing Statement due | November 1, 2023 |

15

16

17

18

19

20

21

22

23

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 1

| | |
|---|---|
| Parties to disclose reports from expert witnesses, if any, regarding <u>Markman</u> issues | November 1, 2023 |
| Parties to disclose rebuttal expert reports, if any, regarding <u>Markman</u> issues | December 1, 2023 |
| Deadline for completion of claim construction discovery and for amending pleadings | December 21, 2023 |
| Opening claim construction briefs filed by (and noted for the date that the responsive claim construction briefs are due) | December 26, 2023 |
| Responsive claim construction briefs filed by | January 10, 2024 |
| Technology tutorial at 09:00 AM on | January 30, 2024 |
| <u>Markman</u> hearing at 09:00 AM on | February 13, 2024 |
| Reports from expert witnesses under FRCP 26(a)(2) due | April 5, 2024 |
| Rebuttal expert reports due | May 6, 2024 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | May 16, 2024 |
| Discovery completed by | June 13, 2024 |
| All dispositive motions must be filed by (and noted on the motion calendar no later than the fourth Friday thereafter; <u>see</u> LCR 7(d)) | August 15, 2024 |
| All motions related to expert witnesses (<u>e.g.</u>, Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | August 22, 2024 |
| Settlement conference per LCR 39.1(c)(2) held no later than | September 9, 2024 |
| All motions <u>in limine</u> must be filed by (and noted on the motion calendar for the Friday before the Pretrial Conference) | November 7, 2024 |
| Agreed pretrial order due | November 22, 2024 |

| | |
|---|---|
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | November 22, 2024 |
| Pretrial Conference at 09:00 AM on | November 27, 2024 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules and Local Patent Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the Markman hearing or trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Grant Cogswell, Deputy Clerk, at Grant_Cogswell@wawd.uscourts.gov, within 14 days of the date of this Minute Order and explain the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

<div align="center">Claim Construction (Markman) Hearing</div>

The claim construction hearing will be set for a half-day (2.5 hours). If more or less time is required, the parties are instructed to inform Grant Cogswell at Grant_Cogswell@wawd.uscourts.gov.

PLEASE NOTE:  The Court will not rule on dispositive motions that raise issues of claim construction prior to the Markman Hearing unless special circumstances warrant doing so and leave of Court is obtained in advance of filing.

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 3

1

<u>Exhibits</u>

2

The parties must send one copy of their respective exhibits to be used at the

3 <u>Markman</u> Hearing and/or trial to Grant Cogswell, Courtroom Deputy, five (5) days

4 before the <u>Markman</u> hearing and/or trial date. Each exhibit must be clearly marked on the

5 face of the exhibit. Each set of exhibits must be submitted in a three-ring binder with

6 appropriately numbered tabs. The Court alters the LCR 16.1 procedure for numbering

7 exhibits as follows: Plaintiff's exhibits should be numbered consecutively beginning with

8 1; Defendant's exhibits should include the prefix "A" and should be numbered

9 consecutively beginning with A-1. Duplicate documents should not be listed twice. Once

10 a party has identified an exhibit in the pretrial order, any party may use it.

11

In addition, no later than seven (7) days before the <u>Markman</u> hearing and/or trial

12 date, the parties should send an electronic copy of all exhibits in .PDF format with

13 Optical Character Recognition ("OCR") searchable text to Grant Cogswell, Courtroom

14 Deputy. The parties should notify the court of any physical objects or files that cannot be

15 transmitted electronically. Exhibits must be marked as described above, and the

16 following protocols also apply: (1) Electronic exhibits must be transmitted individually

17 (i.e., one exhibit per file), but exhibits may have multiple pages; (2) Exhibit file names

18 should match the descriptions listed on the joint exhibit list as closely as possible except

19 that file names should not exceed 80 characters, e.g., Ex. 1 – Accident Scene Photo; Ex.

20 A-1 – Email dated 4-03-23.

21

22

23

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 4

<u>Settlement</u>

Should this case settle, counsel shall notify Grant Cogswell, Deputy Clerk, at Grant_Cogswell@wawd.uscourts.gov, as soon as possible.

Dated this 14th day of June, 2023.

<div style="margin-left:40%">

Ravi Subramanian
Clerk

s/ Martin J Valencia
Deputy Clerk

</div>

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 5