THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DATANET LLC,<br><br>                          Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>                          Defendant. | No. 2:22-cv-1545-JNW<br><br>**STIPULATED MOTION REGARDING BRIEFING ON MOTION TO STAY PENDING INTER PARTES REVIEW (DKT. 45)**<br><br>Noted for:  November 14, 2023 |

Pursuant to Local Rule 7 and by agreement, Plaintiff Datanet LLC ("Datanet" or "Plaintiff") and Defendant Microsoft Corporation ("Microsoft" and "Defendant") move the Court to adopt, and jointly agree and stipulate to, the following briefing schedule for Microsoft's Motion to Stay Pending *Inter Partes* Review (Dkt. 45):

- Datanet shall file its opposition no later than November 15, 2023.
- Microsoft shall file its reply, if any, no later than Wednesday, November 22, 2023.

Under this agreement, the Motion to Stay Pending *Inter Partes* Review will be re-noted to November 22, 2023.

//

//

STIP. RE MOTION TO STAY (No. 2:22-cv-01545-JNW)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 1 -

Respectfully submitted this November 14, 2023,

| MESSNER REEVES LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By  /s/ Isaac S. Crum<br>Gregory P. Sitrick (*pro hac vice*)<br>Isaac S. Crum (*pro hac vice*)<br>Sharif Ahmed (*pro hac vice*)<br>MESSNER REEVES LLP<br>7250 N. 16th Street, Suite 410<br>Phoenix, AZ 85020<br>gsitrick@messner.com<br>icrum@messner.com<br>sahmed@messner.com<br><br>Bradley S. Keller, WSBA #10665<br>Jofrey M. McWilliam, WSBA #28441<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>206-622-2000<br>Fax: 206-622-2522<br>bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com<br><br>**Attorneys for Plaintiff Datanet LLC** | By  /s/ Molly A. Terwilliger<br>Patty Eakes, WSBA #18888<br>Molly A. Terwilliger, WSBA #28449<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>(206) 274-6400<br>patty.eakes@morganlewis.com<br>molly.terwilliger@morganlewis.com<br><br>Andrew V. Devkar (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>(310) 907-1000<br>andrew.devkar@morganlewis.com<br><br>Natalie A. Bennett (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2541<br>(202) 739-3000<br>natalie.bennett@morganlewis.com<br><br>Karon N. Fowler (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606-1511<br>karon.fowler@morganlewis.com<br><br>Austin L. Zuck (admitted *pro hac vice*)<br>Katerinia Hora Jacobson (admitted *pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 843-4000<br>austin.zuck@morganlewis.com<br>katerina.horajacobson@morganlewis.com<br>**Attorneys for Defendant Microsoft Corporation** |

STIP. RE MOTION TO STAY (No. 2:22-cv-01545-JNW)

- 2 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**IT IS SO ORDERED.**

DATED: November 14, 2023

*[signature]*

Jamal N. Whitehead
United States District Judge

STIP. RE MOTION TO STAY (No. 2:22-cv-01545-JNW)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 3 -