THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DATANET LLC,<br><br>     Plaintiff,<br><br> v.<br><br>MICROSOFT CORPORATION,<br><br>     Defendant. | Case No. 2:22-cv-01545-JNW<br><br>**STIPULATED MOTION TO EXTEND DATES FOR TECHNOLOGY TUTORIAL AND MARKMAN HEARING**<br><br>Noted for Consideration per LCR 7(d)(1): December 7, 2023 |

STIPULATED MOTION TO EXTEND DATES
FOR TECHNOLOGY TUTORIAL AND
MARKMAN HEARING
(Case No. 2:22-cv-01545-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1      Pursuant to Local Rule 7 and by agreement, Defendant Microsoft Corporation and Plaintiff Datanet LLC move the Court to extend the dates for the Technology Tutorial and *Markman* hearing, which are currently scheduled for January 30, 2024 and February 13, 2024, respectively, by one week, to a date available on the Court's calendar.

     Counsel for Microsoft respectfully informs the Court of conflicts with the currently scheduled dates for the Technology Tutorial and *Markman* hearing. Counsel for Microsoft in this case is also counsel for Microsoft in a different and earlier-filed patent litigation in W.D. Washington (Case No. 2:22-cv-00942) with one or more depositions scheduled for January 30, 2024, which will render certain counsel working on both matters unavailable on that date. In addition, the *Markman* hearing for the earlier-filed case is scheduled for February 16, 2024—just a few days after the current date for the *Markman* hearing in this matter.

     Accordingly, the parties respectfully request that the dates for the Technology Tutorial and *Markman* hearing be extended by one week, to a date available on the Court's calendar.

STIPULATED MOTION TO EXTEND DATES
FOR TECHNOLOGY TUTORIAL AND
MARKMAN HEARING
(Case No. 2:22-cv-01545-JNW)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Date: December 7, 2023
MESSNER REEVES LLP

s/ Isaac S. Crum
Gregory P. Sitrick (*pro hac vice*)
Isaac S. Crum (*pro hac vice*)
Sharif Ahmed (*pro hac vice*)
MESSNER REEVES LLP
7250 N. 16th Street, Suite 410
Phoenix, AZ 85020
gsitrick@messner.com
icrum@messner.com
sahmed@messner.com

Bradley S. Keller, WSBA #10665
Jofrey M. McWilliam, WSBA #28441
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

*Counsel for Plaintiff Datanet LLC*

MORGAN LEWIS & BOCKIUS LLP

s/ Molly A. Terwilliger
Molly A. Terwilliger, WSBA No. 28449
Patty Eakes, WSBA No. 18888
Morgan, Lewis & Bockius LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
T: (206) 274-6400
F: (206) 274-6401
molly.terwilliger@morganlewis.com
patty.eakes@morganlewis.com

Natalie Bennett (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave NW
Washington, DC 20004
T: (202) 739-3000
natalie.bennett@morganlewis.com

Andrew V. Devkar (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
T: (310) 255-1000
andrew.devkar@morganlewis.com

Karon N. Fowler (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
karon.fowler@morganlewis.com

Austin L. Zuck (admitted *pro hac vice*)
Katerina Hora Jacobson (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA 94304
T: (650) 843-4000
austin.zuck@morganlewis.com
katerina.horajacobson@morganlewis.com

*Counsel for Defendant Microsoft Corporation*

STIPULATED MOTION TO EXTEND DATES
FOR TECHNOLOGY TUTORIAL AND
MARKMAN HEARING
(Case No. 2:22-cv-01545-JNW)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

## ORDER

In accordance with the stipulation of the parties, the request to extend the schedule for the Technology Tutorial and the *Markman* hearing is granted. The Technology Tutorial shall take place on February 6, 2024 and the *Markman* hearing shall take place on March 12, 2024.

**IT IS SO ORDERED.**

Dated: January 3, 2024

_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO EXTEND DATES
FOR TECHNOLOGY TUTORIAL AND
MARKMAN HEARING
(Case No. 2:22-cv-01545-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401