UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DATANET LLC, | CASE NO. 2:22-cv-1545 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On February 20, 2024, the parties submitted a joint status report with proposed changes to the case schedule. Having reviewed the parties' joint status report, the Court sets the following case schedule:

| EVENT | DATE |
|---|---|
| Tutorial (PAT 132(g)) | May 31, 2024 |
| Claim Construction Hearing | June 12, 2024 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | August 2, 2024 |

MINUTE ORDER - 1

| EVENT | DATE |
|---|---|
| Close of fact discovery | August 30, 2024 |
| Parties to exchange Initial Expert Reports on Issues the Party Bears the Burden of Proof on | September 13, 2024 |
| Parties to exchange Rebuttal Expert Reports | September 27, 2024 |
| Close of expert discovery | October 14, 2024 |

The Court STRIKES the trial date and related deadlines set forth in Dkt. Nos. 40, 63, and ORDERS the parties to file a joint status report within ten days of receiving the PTAB's institution decision that includes proposed dates for the remaining case schedule.

Dated this 23rd day of February 2024.

<u>Ravi Subramanian</u>
Clerk
<u>/s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER - 2