THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DATANET LLC,

                    Plaintiff,

        v.

MICROSOFT CORPORATION,

                    Defendant.

Case No. 2:22-cv-01545-JNW

**JOINT NOTICE REGARDING STATUS REPORT AFTER FINAL WRITTEN DECISION FOR *INTER PARTES* REVIEW**

JOINT STATUS REPORT AFTER FINAL
WRITTEN DECISIONS
(Case No. 2:22-cv-01545-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1    Pursuant to the Court's May 15, 2024 Order (Dkt. 75, "Stay Order"), Plaintiff Datanet LLC

2  and Defendant Microsoft Corporation, through undersigned counsel, hereby submit the following

3  Joint Status Report on the status of the IPR proceedings for U.S. Patent Nos. 8,473,478, 9,218,348,

4  and 10,585,850 (collectively, the "Asserted Patents").

5    As the parties previously noted, the Patent Trial and Appeal Board ("PTAB") instituted

6  IPR for all asserted claims of the Asserted Patents on May 8, 2024.  Dkt. 75 at 1.  On April 25,

7  2025, the PTAB issued all of its final written decisions ("FWDs") in the instituted IPR

8  proceedings, finding all challenged claims of the Asserted Patents unpatentable.

9    Plaintiff is still reviewing the PTAB orders, but will likely request a panel rehearing of or

10  otherwise appeal the FWDs.  As a result, the IPR proceedings are not yet finally resolved, and the

11  Court's prior stay remains in place.  *See id.* at 2 ("All proceedings in the above-captioned action

12  shall be STAYED pending final resolution, including any appeals, of the IPR proceedings on the

13  Asserted Patents.").

14    The Parties will file a Joint Status Report within 10 days of resolution of the IPR

15  proceedings, including the conclusion of any appeals on the IPRs.  *Id.*

16  DATED this 5th day of May, 2025.

17  **MESSNER REEVES LLP**                    **MORGAN LEWIS & BOCKIUS LLP**

18  */s/ Isaac S. Crum*                          */s/ Molly A. Terwilliger*

19  Gregory P. Sitrick (*pro hac vice*)          Molly A. Terwilliger, WSBA No. 28449
    Isaac S. Crum (*pro hac vice*)               Patty Eakes, WBSA No. 18888

20  Sharif Ahmed (*pro hac vice*)                Morgan, Lewis & Bockius LLP
    MESSNER REEVES LLP                           1301 Second Avenue, Suite 2800

21  7250 N. 16th Street, Suite 410               Seattle, WA 98101
    Phoenix, AZ 85020                            T: (206) 274-6400

22  gsitrick@messner.com                         F: (206) 274-6401

23  icrum@messner.com                            molly.terwilliger@morganlewis.com
    sahmed@messner.com                           patty.eakes@morganlewis.com

24                                               Natalie Bennett (admitted *pro hac vice*)
                                                 Morgan, Lewis & Bockius LLP

25  Bradley S. Keller, WSBA #10665               1111 Pennsylvania Ave NW
    Jofrey M. McWilliam, WSBA #28441             Washington, DC 20004

26  1000 Second Avenue, 38th Floor

JOINT STATUS REPORT AFTER FINAL
WRITTEN DECISIONS – Page 1
(Case No. 2:22-cv-00942-JNW)

Seattle, Washington 98104
206-622-2000
Fax: 206-622-2522
bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

***Attorneys for Plaintiff Datanet LLC***

T: (202) 739-3000
F: (202) 739-3001
natalie.bennett@morganlewis.com
Andrew V. Devkar (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
T: (310) 255-1000
F: (310) 255-2000
andrew.devkar@morganlewis.com
Karon N. Fowler (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
karon.fowler@morganlewis.com
Austin L. Zuck (admitted *pro hac vice*)
Katerina Hora Jacobson (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
(650) 843-4000
austin.zuck@morganlewis.com
katerina.horajacobson@morganlewis.com

***Attorneys for Defendant Microsoft Corporation***

JOINT STATUS REPORT AFTER FINAL
WRITTEN DECISIONS – Page 2
(Case No. 2:22-cv-00942-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401